UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 26-24963-CIV-MORENO**

HUGO TORRES LAGOS,

Petitioner,

vs.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security (DHA); DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement (ICE); DEREK GORDON, Acting Executive Associate Director, Homeland Security Investigations (HSI), U.S. Immigrations and Customs Enforcement (ICE); MARCOS CHARLES Acting Executive Associate Director, Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE); WARDEN, Warden of the Krome North Service Processing Center,

Respondents.
_______________________________________/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the Order to Show Cause **(D.E. 6)**, filed on **September 24, 2026**. The Court's Order to Show Cause instructed the Petitioner to show cause by **October 1, 2026** as to whether the case should be dismissed as moot. As of the date of this Order, Petitioner has not filed a response.

**ADJUDGED** that the case is DISMISSED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th of October 2026.

Federico A. Moreno
_______________________________

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record